CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
5/16/2022
JULIA C. DUDLEY, CLERK
BY: s/ CARMEN AMOS
       DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
LYNCHBURG DIVISION

| | |
|---|---|
| MICHAEL C., *Plaintiff,* | CASE NO. 6:19-cv-00020 |
| v. | ORDER |
| KILOLO KIJAKAZI, *Defendant.* | JUDGE NORMAN K. MOON |

For the reasons stated in the accompanying memorandum opinion, the Court **ADOPTS** the R&R, Dkt. 41, and **DENIES** Plaintiff's motion for attorney's fees, Dkt. 38.

The Court further **DIRECTS** the clerk to **DISMISS** this case from the Court's active docket and to send a copy of this Order to all counsel of record.

Entered this  16th  day of May 2022.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE